# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JIMMY ASHLEY                                                                                       PLAINTIFF

v.                                          NO. 3:13CV00148 JLH

PROJECT AWARENESS, INC.                                                         DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED this 8th day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE